■ In the Matter of the Arbitration between GRAYSON-ROBINSON STORES, INC., et al., Respondents, and IRIS CONSTRUCTION CORP., Appellant.— Amended

judgment and order unanimously affirmed, with costs to petitioners-respondents. No opinion. Concur — Valente, J. P., McNally, Eager, Steuer and Bergan, JJ.